**Dismissed and Memorandum Opinion filed February 22, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00934-CV

### REGINA WESTMORELAND, Appellant

### V.

### RELIANT ENERGY RETAIL SERVICES, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1204753**

## MEMORANDUM OPINION

This is an appeal from a default judgment signed November 4, 2023. The notice of appeal was filed November 16, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 23, 2024, this court ordered appellant to pay the appellate filing fee on or before February 2, 2024, or the appeal would be subject to dismissal without further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.